**FILED**
May 4, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:07-MJ-0136 DAD |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| CLEOPATRA OLIVIA GARCIA, ) | |
| ) | |
| Defendant.  ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>CLEOPATRA OLIVIA GARCIA</u>, Case No. <u>2:07-MJ-0136 DAD</u>, Charge <u>Title 21 USC § 841</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___  Release on Personal Recognizance

_X_  Bail Posted in the Sum of $ _100,000_ — _$40,000 to /nfor be secured by posting of property_

_X_  Unsecured Appearance Bond

___  Appearance Bond with 10% Deposit

___  Appearance Bond with Surety

___  Corporate Surety Bail Bond

_X_  (Other) _Pretrial Services Supervision of Conditions of Release_

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>May 4, 2007</u> at _2:35 p.m._

By _Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge