```
 1  DANIEL BRODERICK, Bar #89424
    Federal Defender
 2  NED SMOCK, Bar #236238
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    CLEOPATRA OLIVIA GARCIA
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,      )  Cr-S-07-203 LKK
                                   )
13                  Plaintiff,     )
                                   )  STIPULATION AND [PROPOSED] ORDER
14       v.                        )  RE: CONDITIONS OF PRETRIAL
                                   )  RELEASE
15  CLEOPATRA OLIVIA GARCIA,       )
                                   )
16                  Defendant.     )
                                   )
17  _____    )

18

19

20       The defense submitted a motion for bail review on June 6, 2007

21  asking that the conditions of release be modified to eliminate the

22  requirement that $40,000 of the $100,000 bond be secured by the posting

23  of property. After discussion among the parties, both the government

24  and United States Pretrial Services agree to this change. Accordingly,

25  the parties ask that the Court order that Ms. Garcia remain out of

26  //

27  //

28  //
```

FILED

JUN - 7 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

custody on pretrial release on an unsecured appearance bond of $100,000 signed by both Ms. Garcia and her mother, Ana Garcia.

Dated: June 7, 2007

/s/ Ned Smock
NED SMOCK
Assistant Federal Defender
Attorney for Defendant
CLEOPATRA OLIVIA GARCIA

Dated: June 7, 2007

MCGREGOR W. SCOTT
United States Attorney

/s/ Ned Smock for Jill Thomas
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: 6/7/07

Kimberly J. Mueller
United States Magistrate Judge