```
 1  DANIEL BRODERICK, Bar #89424
    Federal Defender
 2  NED SMOCK, Bar #236238
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    CLEOPATRA OLIVIA GARCIA
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,       )  Cr-S-07-203 LKK
                                    )
13              Plaintiff,          )
                                    )  ORDER AFTER HEARING
14       v.                         )
                                    )  Date: July 24, 2007
15  CLEOPATRA OLIVIA GARCIA,        )  Time: 9:30 A.M.
                                    )  Judge: Hon. Lawrence K. Karlton
16              Defendant.          )
                                    )
17  _____ )

18

19

20       This matter came on for Status Conference on June 5, 2007, in the

21  courtroom of the Honorable Lawrence K. Karlton, United States District

22  Court Judge.  Assistant United States Attorney Jill Thomas appeared for

23  the United States of America.  Assistant Federal Defender Ned Smock

24  appeared on behalf of Defendant Cleopatra Olivia Garcia.  Steve Bauer

25  appeared on behalf of Defendant Sandon Michael Smith.  The parties,

26  through their respective counsel, stipulate and agree that the time

27  period between June 5, 2007, and July 24, 2007 be excluded under the

28  Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4),
```

based on continuity of counsel and defense preparation.

IT IS ORDERED that this matter is continued to July 24, 2007, at 9:30 a.m. for Status Conference.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, the period from June 5, 2007, up to and including July 24, 2007, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel.

Dated: June 6, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT