DANIEL BRODERICK, Bar #89424
Federal Defender
NED SMOCK, Bar #236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CLEOPATRA OLIVIA GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr-S-07-203 LKK |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | |
| ) | Date: August 28, 2007 |
| CLEOPATRA OLIVIA GARCIA, and ) | Time: 9:30 A.M. |
| SANDON SMITH ) | Judge: Hon. Lawrence K. Karlton |
| ) | |
| Defendants. ) | |
| ) | |

Plaintiff United States of America, by its counsel, Assistant United States Attorney Jill Thomas; defendant Cleopatra Garcia, by her counsel, Ned Smock; and defendant Sandon Smith, by his counsel Steven Bauer; hereby stipulate and agree that the status conference now scheduled for July 24, 2007 at 9:30 AM be vacated and a new date of August 28, 2007 at 9:30 AM be set for status conference. Both defense counsel need additional time to review discovery and perform necessary investigation. Additional time is needed for these tasks.

It is stipulated that the period from July 24, 2007 until August

28, 2007 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Respectfully submitted,
McGREGOR SCOTT
United States Attorney

DATED: July 19, 2007   /s/ Ned Smock for Jill Thomas
JILL THOMAS
Assistant U. S. Attorney

DATED: July 19, 2007   /s/ Ned Smock
NED SMOCK
Attorney for Defendant
CLEOPATRA GARCIA

DATED: July 19, 2007   /s/ Ned Smock for Steven Bauer
STEVEN BAUER
Attorney for Defendant
SANDON SMITH

**O R D E R**

FOR GOOD CAUSE SHOWN IT IS SO ORDERED.

DATED: July 23, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT