DANIEL BRODERICK, Bar #89424
Federal Defender
NED SMOCK, Bar #236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CLEOPATRA OLIVIA GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr-S-07-203 LKK |
| ) | |
| Plaintiff, ) | |
| ) | ORDER AFTER HEARING |
| v. ) | |
| ) | Date: October 2, 2007 |
| CLEOPATRA OLIVIA GARCIA, ) | Time: 9:30 A.M. |
| ) | Judge: Hon. Lawrence K. Karlton |
| Defendant. ) | |
| ) | |
| _____ ) | |

This matter came on for Status Conference on August 28, 2007, in the courtroom of the Honorable Lawrence K. Karlton, United States District Court Judge. Assistant United States Attorney Jill Thomas appeared for the United States of America. Assistant Federal Defender Ned Smock appeared on behalf of Defendant Cleopatra Olivia Garcia. Hayes Gable appeared for Steven Bauer on behalf of Defendant Sandon Michael Smith. The parties, through their respective counsel, stipulate and agree that the time period between August 28, 2007, and October 2, 2007 be excluded under the Speedy Trial Act (18 U.S.C.

§3161(h)(8)(B)(iv) and Local Code T4), based on continuity of counsel and defense preparation.

IT IS ORDERED that this matter is continued to October 2, 2007, at 9:30 a.m. for Status Conference.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, the period from August 28, 2007, up to and including October 2, 2007, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel.

Dated: August 29, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT