```
DANIEL BRODERICK, Bar #89424
Federal Defender
NED SMOCK, Bar #236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CLEOPATRA OLIVIA GARCIA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cr-S-07-203 LKK |
| Plaintiff, | |
| v. | ORDER AFTER HEARING |
| CLEOPATRA OLIVIA GARCIA, | Date: October 23, 2007 |
| Defendant. | Time: 9:30 A.M. |
| | Judge: Hon. Lawrence K. Karlton |

This matter came on for Status Conference on October 2, 2007, in the courtroom of the Honorable Lawrence K. Karlton, United States District Court Judge. Assistant United States Attorney Jill Thomas appeared for the United States of America. Assistant Federal Defender Ned Smock appeared on behalf of Defendant Cleopatra Olivia Garcia. Steven Bauer appeared on behalf of Defendant Sandon Michael Smith. The parties, through their respective counsel, stipulate and agree that the time period between October 2, 2007, and October 23, 2007 be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code

T4), based on continuity of counsel and defense preparation.

IT IS ORDERED that this matter is continued to October 23, 2007, at 9:30 a.m. for Status Conference.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, the period from October 2, 2007, up to and including October 23, 2007, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel.

Dated: October 3, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT