UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

CLEOPATRA OLIVIA GARCIA,

        Defendant.

                                 NO. CR. S-07-203 LKK

                                 O R D E R

/

The court is in receipt of the motion and the government's response. The defendant seeks the affidavit in support that was filed under seal in the state court, and the government opposes the request. It is unclear to the court whether filing under seal is proper.

ACCORDINGLY, the court now sets a hearing on that question for January 3, 2008 at 9:30 a.m.

IT IS SO ORDERED.

DATED: December 11, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT