1  McGREGOR W. SCOTT
   United States Attorney
2  JILL THOMAS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2781

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )
                                    )  CR. 07-203-LKK
12          Plaintiff,              )
                                    )  MOTION AND ORDER TO
13                                  )  STAY THE DISTRICT JUDGE'S
                                    )  ORDER TO RELEASE EXHIBIT C
14                                  )  (SEALED AFFIDAVIT) AND THE
                                    )  TRANSCRIPT OF THE *IN CAMERA*
15                                  )  PROCEEDINGS HELD ON
        v.                          )  JANUARY 3, 2008
16                                  )
   CLEOPATRA GARCIA,                )
17                                  )
            Defendant.              )  Hon. Lawrence K. Karlton
18 _____)

19      The government, by and through its counsel, United States

20 Attorney McGregor W. Scott and Assistant United States Attorney

21 Jill Thomas, moves this Honorable Court to stay its order to

22 release Exhibit C (the sealed affidavit supporting the state

23 court's search warrant) and the transcript of the *in camera*

24 proceedings held on January 3, 2008.  This motion is unopposed by

25 defense counsel, Ned Smock.  Defense counsel agreed to the

26 government's request for a 48-hour stay of the district judge's

27 order.

28 ///

                                 1

This stay is requested so that the government can determine how to proceed in the above-captioned case in light of the judge's release order.  48 hours will enable the government to research, review and discuss its options at this point in the proceedings.  The government respectfully requests a stay order until January 10, 2008 at 5:00 p.m.

Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

Dated: January 8, 2008          By: /s/ Jill Thomas
                                    JILL THOMAS
                                    Assistant U.S. Attorney

**ORDER**

On January 8, 2008, in case number 07-203 LKK, the Court ordered the government to release Exhibit C and the transcript of the *in camera* proceedings held on January 3, 2008. Based on the information provided in the government's motion to stay, this Court hereby grants the government's motion to stay the release order for a period of 48 hours. The stay order will be lifted on January 10 at 5:00 p.m.

IT IS SO ORDERED.

Dated: January 8, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT