McGREGOR W. SCOTT
United States Attorney
JILL M. THOMAS
Assistant United States Attorney
501 I Street, 10th Floor
Sacramento, California 95814
Telephone: (916) 554-2781

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. S-07-203 LKK |
| ) | |
| Plaintiff, ) | GOVERNMENT'S MOTION TO |
| v. ) | DISMISS |
| ) | |
| CLEOPATRA OLIVIA GARCIA, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The United States hereby moves to dismiss Count One and Count Three of the indictment in this case as they pertain to defendant Cleopatra Olivia Garcia. Newly discovered evidence indicates that the indictment should be dismissed in the interests of justice. In addition, the government has chosen to dismiss these counts in light of the court's ruling on January 8, 2008 to release the transcript of the *in camera* hearing held on January 3, 2008 and the sealed affidavit (Exhibit C) to the defense counsel.

Dated: January 10, 2008

                                      McGREGOR W. SCOTT
                                      United States Attorney

                                By: /s/ Jill M. Thomas
                                       JILL M. THOMAS
                                       Assistant U.S. Attorney

ORDER

IT IS SO ORDERED. All court dates in this case as they relate to defendant Cleopatra Olivia Garcia are hereby VACATED.

Dated: January 11, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT