McGREGOR W. SCOTT
United States Attorney
JILL M. THOMAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2781

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) CR. No. S-07-203-LKK
)
         Plaintiff, )
) ORDER TO SEAL
         v. ) EXHIBIT C TO
) SEARCH WARRANT AFFIDAVIT
CLEOPATRA OLIVIA GARCIA, )
)
         Defendant. )
_____)

    Exhibit C to the Search Warrant Affidavit of Detective Makeba Moore, dated April 11, 2007, is ordered filed under seal and made a part of the record in this case.

Dated: January 11, 2008

                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT

1